ROBERT JOHNSTON *v.* BOARD OF TAX REVIEW OF
THE CITY OF MIDDLETOWN
(14317)

O'Connell, Lavery and Landau, Js.

Submitted on briefs February 22—decision released March 26, 1996

*David R. Schaefer* filed a brief for the appellant (plaintiff).

*Trina A. Solecki,* city attorney, filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.